UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CASE NO. 07CV2162
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Benjamin Rogers**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( X ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1.  (   ) By leaving a copy with the named party, ------- personally on -------.

2.  (   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

3.  ( X ) On the within party, **The Iams Co., c/o CT Corporation System** by leaving a copy with **Lourdes Vina, Service of Processor and Authorized Person**, on **May 3, 2007**, and informed that person of the contents thereof.

4.  ( X ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Female**     RACE: **Hispanic**     APPROXIMATE AGE: **30**

5.  ( X ) That the place where and the time of day when the documents were served were as follows:

PLACE: **208 S LaSalle St., #814, Chicago, IL**
TIME OF DAY: **4:00 PM**

6.  (   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **7**th day of **May 2007**.

OFFICIAL SEAL
KELLY L DENT
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/02/09

Benjamin Rogers
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885