UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEATHER AMRO, on behalf of herself and all others similarly situated )<br><br>Plaintiff )<br><br>-vs- )<br><br>MENU FOODS INCOME FUND, MENU FOODS, INC., MENU FOODS HOLDINGS, INC., MENU FOODS MIDWEST CORPORATION, CHEMUTRA INC., CHEMUTRA LLC, THE PROCTOR & GAMBLE CO., THE IAMS COMPANY )<br><br>)<br><br>)<br>Defendant ) | 07CV2162<br>AFFIDAVIT OF AUTHORIZED SERVICE<br><br>Summons, Jury Trial Demand, Class Action Complaint |

Received by 1-800-SERVE-EM on May 7, 2007 at 5:52 PM to be served on The Proctor & Gamble Company c/o Steven W. Jemison, Attn: Corp. Secretary, One Proctor & Gamble Plaza C-2 Cincinnati, OH 45202.

I, Gary Neville, who being duly sworn, depose and say that on May 10, 2007 at 2:00 PM, I:

Served The Proctor & Gamble Company c/o Steven W. Jemison by delivering a true copy of the Summons, Jury Trial Demand, Class Action Complaint with the date and hour of service endorsed thereon by me, to Donna Quinn, assistant to Steven W. Jemison, authorized to accept service at Attn: Corp. Secretary, One Proctor & Gamble Plaza C-2 Cincinnati, OH 45202.

I am over the age of 18, have no interest in the above action, and am authorized to serve process in the county in which the process was served.

Gary U. Neville
Gary Neville
1-800-SERVE-EM
800.737.8336
Job Serial Number: 2007215554
Reference: 07CV2162

State of:
County of:
Subscribed and sworn to before me,

NOTARY PUBLIC

CHERI LaEACE
Notary Public, State of Ohio
My Commission Expires 06-21-11