# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 CV 2162 |
|---|---|

Heather Amro, etc.,
    Plaintiff,
v.
Menu Foods Income Fund, et al.,
    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Procter & Gamble Company and The Iams Company

| | |
|---|---|
| **NAME (Type or print)** <br> Adam Waskowski | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Adam Waskowski | |
| **FIRM** <br> Lord, Bissell & Brook LLP | |
| **STREET ADDRESS** <br> 111 South Wacker Drive | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6284221 | **TELEPHONE NUMBER** <br> 312-443-1767 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ✔ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |