IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEATHER AMRO, on behalf of herself and all others similarly situated, | CASE NO. 1:07-cv-02162 |
| | (Judge John W. Darrah) |
| Plaintiff, | (Magistrate Mason) |
| v. | |
| MENU FOODS INCOME FUND, et al., | |
| Defendants. | |

### FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS THE PROCTER & GAMBLE COMPANY AND THE IAMS COMPANY

Pursuant to Fed. R. Civ. P. 7.1, Defendant The Procter & Gamble Company ("Procter & Gamble") states that it is a publicly traded corporation and that Defendant The Iams Company ("Iams") is a wholly-owned subsidiary of Procter & Gamble. No publicly held corporation owns 10% or more of the stock of Procter & Gamble.

OF COUNSEL:

D. Jeffrey Ireland (Ohio Bar No. 0010443)
Laura A. Sanom (Ohio Bar No. 0039451)
Brian D. Wright (Ohio Bar No. 0075359)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow St.
Dayton, OH  45402
Telephone:  (937) 227-3710
Telecopier:  (937) 227-3717
E-mail:  djireland@ficlaw.com

Respectfully submitted,

        s/Adam Waskowski
Jennifer A. Kenedy (Bar No. 06216342)
Adam Waskowski (Bar No. 6284221)
LORD, BISSELL & BROOK LLP
111 South Wacker Drive
Chicago, IL  60606-4410
Telephone:  (312) 443-0377
Telecopier:  (312) 896-6377
E-mail:  jkenedy@lordbissell.com

Attorneys for Defendants
The Procter & Gamble Company and
The Iams Company

## CERTIFICATE OF SERVICE

I certify that on the 18th day of May, 2007, I electronically filed the foregoing Fed. R. Civ. P. 7.1 Corporate Disclosure Statement of Defendants The Procter & Gamble Company and The Iams Company with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

    Kenneth A. Wexler
    Andrae P. Reneau
    Edward Anthony Wallace
    WEXLER TORISEVA WALLACE LLP
    One North LaSalle St., Suite 2000
    Chicago, IL  60602

    Counsel for Plaintiff
    Heather Amro and the Class

and I certify that I have mailed by United States Postal Service the document to non-CM/ECF participants:

    Mark J. Tamblyn
    WEXLER TORISEVA WALLACE LLP
    1610 Arden Way, Suite 290
    Sacramento, CA  95815

    Stuart C. Talley
    KERSHAW, CUTTER, & RATINOFF, LLP
    980 9th Street, 19th Floor
    Sacramento, CA  95814

    Counsel for Plaintiff
    Heather Amro

    Menu Foods Income Fund
    8 Falconer Drive
    Streetsville, Ontario
    CANADA  L5N 1B1

Menu Foods, Inc.
c/o The Corporation Trust Company
820 Bear Tavern Road
West Trenton, New Jersey  08628

Menu Foods Holdings, Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware  19801

Menu Foods Midwest Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, Delaware  19801

ChemNutra Inc.

ChemNutra LLC


Defendants


                                                      s/Adam Waskowski
                                                      Adam Waskowski

183380.1