UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEATHER AMRO, on behalf of herself ) <br> and all others similarly situated, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> MENU FOODS INCOME FUND, MENU ) <br> FOODS, INC., a New Jersey corporation, ) <br> MENU FOODS HOLDINGS, INC., MENU ) <br> FOODS MIDWEST CORPORATION, a ) <br> Delaware corporation, CHEMNUTRA INC.,) <br> a Delware corporation, CHEMNUTRA ) <br> LLC, THE PROCTOR & GAMBLE ) <br> COMPANY, an Ohio corporation and ) <br> THE IAMS COMPANY, ) <br>  ) <br> Defendants. ) | No.   07 CV 2162 <br><br> Judge Darrah <br><br> Magistrate Judge Mason |

**AGREED MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendants, The Procter & Gamble Company and The Iams Company ("Defendants"), by their attorneys, Jennifer A. Kenedy and Adam Waskowski, hereby move this Court for an Order extending the deadline for Defendants to respond to the Complaint until June 22, 2007. In support of their Agreed Motion, Defendants state as follows:

1. Plaintiff filed a Complaint on April 18, 2007.

2. Defendants were served with the Complaint on May 3, 2007.

3. Accordingly, Defendants' responsive pleading is due on May 23, 2007. FED. R. CIV. P. 12(a).

4. On May 17, 2007, Plaintiff agreed that Defendants may have an additional 30 days to respond to the Complaint, which would make June 22, 2007 the deadline for responding to the Complaint.

CHI1 1348331v1

WHEREFORE, Defendants move this Court to enter an order allowing Defendants to answer or otherwise respond to the Complaint on or before June 22, 2007.

Respectfully submitted,
The Procter & Gamble Company and The Iams Company

By: ___s/Adam Waskowski___
One of its Attorneys

Jennifer A. Kenedy (ID No. 06216342)
Adam Waskowski (ID No. 6284221)
Lord, Bissell & Brook, LLP
111 South Wacker Drive
Chicago IL 60606
Telephone:  (312) 443-0377
Fax:        (312) 896-6377
E-mail:     jkenedy@lordbissell.com

OF COUNSEL:

D. Jeffrey Ireland (Ohio Bar No. 0010443)
Laura A. Sanom (Ohio Bar No. 0039451)
Brian D. Wright (Ohio Bar No. 0075359)
Faruki Ireland & Cox P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow St.
Dayton, OH  45402
Telephone:  (937) 227-3710
Telecopier: (937) 227-3717
E-mail:     djireland@ficlaw.com

2

## CERTIFICATE OF SERVICE

I certify that on the **18th** day of **May, 2007**, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system, which will send notification of such to CM/ECF participants:

Kenneth A. Wexler
Andrae P. Reneau
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL  60602

**Counsel for Plaintiff
Heather Amro and the Class**

and I certify that I have mailed by United States Postal Service the document to non-CM/ECF participants:

| | |
|---|---|
| Mark J. Tamblyn<br>Wexler Toriseva Wallace LLP<br>1610 Arden Way, Suite 290<br>Sacramento, CA  95815<br><br>**Counsel for Plaintiff<br>Heather Amro** | Stuart C. Talley<br>Kershaw, Cutter & Ratinoff, LLP<br>980 9th Street, 19th Floor<br>Sacramento, CA  95814<br><br>**Counsel for Plaintiff<br>Heather Amro** |
| Menu Foods Income Fund<br>8 Falconer Drive<br>Streetsville, Ontario<br>Canada L5N 1B1 | Menu Foods, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 |
| Menu Foods Midwest Corporation<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 | ChemNutra Inc. |

**Defendants**

                                                                                           s/Adam Waskowski
                                                                                            Adam Waskowski