IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEATHER AMRO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MENU FOODS INCOME FUND, MENU FOODS, INC., a New Jersey corporation, MENU FOODS HOLDINGS, INC., MENU FOODS MIDWEST CORPORATION, a Delaware corporation, CHEMNUTRA INC., a Delware corporation, CHEMNUTRA LLC, THE PROCTOR & GAMBLE COMPANY, an Ohio corporation and THE IAMS COMPANY,<br><br>Defendants. | No.   07 CV 2162<br><br>Judge Darrah<br><br>Magistrate Judge Mason |

## NOTICE OF MOTION

**TO:**   See Attached

PLEASE TAKE NOTICE that on **Wednesday, May 23, 2007** at **9:00 a.m.**, we shall appear before the Honorable Judge Darrah in Room 1203 of the U.S. District Courthouse at 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present defendants' **Agreed Motion to Extend Time to Answer or Otherwise Plead**, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,
The Procter & Gamble Company and The Iams Company

By:   s/Adam Waskowski
    One of its Attorneys

Jennifer A. Kenedy (ID No. 06216342)
Adam Waskowski (ID No. 6284221)
Lord, Bissell & Brook, LLP
111 South Wacker Drive
Chicago IL 60606
Telephone:   (312) 443-0377
Fax:         (312) 896-6377
E-mail:      jkenedy@lordbissell.com

OF COUNSEL:

D. Jeffrey Ireland (Ohio Bar No. 0010443)
Laura A. Sanom (Ohio Bar No. 0039451)
Brian D. Wright (Ohio Bar No. 0075359)
Faruki Ireland & Cox P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow St.
Dayton, OH 45402
Telephone:    (937) 227-3710
Telecopier:   (937) 227-3717
E-mail:       djireland@ficlaw.com

## CERTIFICATE OF SERVICE

I certify that on the **18th** day of **May, 2007**, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system, which will send notification of such to CM/ECF participants:

Kenneth A. Wexler
Andrae P. Reneau
Wexler Toriseva Wallace LLP
One North LaSalle Street, Suite 2000
Chicago, IL 60602

**Counsel for Plaintiff**
**Heather Amro and the Class**

and I certify that I have mailed by United States Postal Service the document to non-CM/ECF participants:

| | |
|---|---|
| Mark J. Tamblyn<br>Wexler Toriseva Wallace LLP<br>1610 Arden Way, Suite 290<br>Sacramento, CA 95815<br><br>**Counsel for Plaintiff**<br>**Heather Amro** | Stuart C. Talley<br>Kershaw, Cutter & Ratinoff, LLP<br>980 9th Street, 19th Floor<br>Sacramento, CA 95814<br><br>**Counsel for Plaintiff**<br>**Heather Amro** |
| Menu Foods Income Fund<br>8 Falconer Drive<br>Streetsville, Ontario<br>Canada L5N 1B1 | Menu Foods, Inc.<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 |
| Menu Foods Midwest Corporation<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, Delaware 19801 | ChemNutra Inc. |

**Defendants**

                                                                                                                                s/Adam Waskowski
                                                                                                                                Adam Waskowski