# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 2162 | **DATE** | 5/21/2007 |
| **CASE TITLE** | Amro v. Menu Foods Income Fund, et al. | | |

**DOCKET ENTRY TEXT:**

Defendants' Agreed Motion to Extend Time to Answer or Otherwise Plead [13, 14] is granted. Status hearing set for 6/19/07 at 9:00 a.m. is vacated and reset to 8/22/07 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|