**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| HEATHER AMRO, individually and on behalf of all similiarly situated individuals, vs., MENU FOODS, INC, a New Jersey Corporation, et al. | 07 C 2162 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
MENU FOODS, INC ;  MENU FOODS INCOME FUND;  MENU FOODS HOLDINGS, INC.;  and   MENU FOODS MIDWEST CORPORATION

| NAME (Type or print) |
|---|
| William C. Martin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ William C. Martin |
| FIRM |
| DLA PIPER US LLP |
| STREET ADDRESS |
| 203 North LaSalle Street; Suite 1900 |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06272668 | (312) 368-4000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.com

Dockets.Justia.com